### ADAM EMMERICH *v.* PETER HEFFERAN.

(Argued February 1, 1887; decided February 8, 1887.)

*Wales F. Severance* for motion.

*Wm. G. McCrea* opposed.

Motion to dismiss appeal from order refusing to grant a new trial granted.

Motion to dismiss appeal from judgment granted, unless the sureties on the bond of the appellant shall justify, if required by respondent, in which case motion denied.

All concur; no opinion.
Ordered accordingly.

---

### J. DANIEL ACKERMAN et al., Appellants, *v.* ISAAC P. POWERS, Respondent.

(Argued January 26, 1887; decided February 11, 1887.)

*W. H. Hubbard* for appellants.

*Hannibal Smith* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.